UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY 1 5 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                           | ) |
| Plaintiff,                | ) |
|                           | ) |
| v.                        | ) No. 4:13CR00185JAR |
|                           | ) |
| BETTY PATRICIA SMITH,     | ) |
|                           | ) |
| Defendant.                | ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 24, 2012, in the City of St. Louis, within the Eastern District of Missouri,

**BETTY PATRICIA SMITH,**

the Defendant herein, having been previously convicted of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, that is, one Smith & Wesson make, SD 40 model, .40 S&W caliber semi-automatic pistol, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about October 24, 2012, in the City of St. Louis, within the Eastern District of Missouri,

**BETTY PATRICIA SMITH,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney